**Order entered December 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00937-CV**

**RETAIL SERVICES WIS CORPORATION D/B/A PRODUCT CONNECTIONS, NATHAN STOUT, AMANDA VILLA, AND KATHERINE PALMER, Appellants**

**V.**

**CROSSMARK, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

**ORDER**
Before Justices Myers, Molberg, and Evans

Before the Court is appellants' November 20, 2020 renewed motion for emergency temporary relief in which appellants request that we stay enforcement of the injunction's mandatory device turnover provision as well as any further inspection of appellants' electronic devices also produced pursuant to the provision. We **GRANT** the stay subject to our consideration of appellee's

response, if any, to the motion for emergency temporary relief, which shall be filed within **TEN DAYS** of this order.

Also before the Court are appellants' (1) November 23, 2020 unopposed motion for leave to file appellants' renewed motion for emergency temporary relief and supporting sworn record under seal and (2) November 23, 2020 unopposed motion for leave to file CD-ROM and thumb drive containing sealed documents. We **GRANT** both motions. Appellants' emergency motion, sworn record, and CD-ROM and thumb drive containing sealed documents are **ORDERED SEALED** pending resolution of the trial court's hearing to permanently seal certain exhibits and testimony. Appellants are **DIRECTED** to notify this Court within **TEN DAYS** of any permanent sealing ruling by the trial court.

/s/   DAVID EVANS
      JUSTICE